IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE OF WV 2017-1 GRANTOR TRUST,** § § § § | |
| Plaintiff, § | Civil Action No. 4:24-cv-784 |
| § | |
| v. § | |
| § | |
| **WOODROW WILSON JACKSON,** § § | |
| Defendant. § | |

## STATUS REPORT

Plaintiff Wilmington Savings Fund Society, FSB as Trustee of WV 2017-1 Grantor Trust ("Plaintiff") files this *Status Report*, and respectfully shows as follows:

**I.**

1. Plaintiff brought suit in this Court on March 4, 2024, against Defendant Woodrow Wilson Jackson ("Defendants") to obtain an order allowing foreclosure of Plaintiff's security interest on the real property and improvements commonly known as 2108 Manning Way, Bryan, Texas 77803 (the "Property"). (ECF Doc. No. 1.)

2. On May 24, 2024, the Court entered an Order to abate the action until ongoing loss mitigation efforts for the Property have concluded.

3. Foreclosure of the property subject to this suit is still currently on hold as the subject loan is undergoing active loss mitigation. As a result, Plaintiff is prohibited from further prosecuting this case at this time under CFPB regulations. *See* 12 CFR §124.41(g).

4. Plaintiff therefore respectfully requests that this suit and all upcoming deadlines

and settings continue abatement for an additional sixty (60) day period, in order to allow the loss mitigation process to be completed.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that this Court continue abatement of this suit and all upcoming settings, deadlines and rulings for at least sixty (60) days and for such other relief to which it may be justly entitled.

      Respectfully submitted,

By: */s/ John M. Gregory*
    **JOHN M. GREGORY**
    Texas Bar No. 24138787
    jgregory@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 North Dallas Parkway, Suite 900
Dallas, Texas 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that as August 1, 2024, no other parties have filed an answer or otherwise appeared in this matter.

*/s/ John M. Gregory*
**JOHN M. GREGORY**